# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:11cv229

| | |
|---|---|
| CONNIE R. CHANDLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    **ORDER** |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

Pending before the Court is the Motion to Remand and Motion to Receive New and Material Evidence [# 10]. Local Rule 7.1 requires the filing of a motion and legal brief in support of the motion. LCvR 7.1(C). Plaintiff failed to comply with the requirements of the Local Rules and file a brief in support of her Motion to Remand and Motion to Receive New and Material Evidence. Moreover, in contrast to the numerous instructions from this Court to counsel that he must cite legal authority for the relief he requests in this Court, the pending motion fails to contain a single legal citation supporting remand or the receipt of new evidence. Accordingly, the Court **STRIKES** the Motion to Remand and Motion to Receive New and Material Evidence [# 10].

-1-

Signed: September 10, 2012

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge

-2-